THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Timothy Dwayne Inman, Appellant.
 
 
 

Appeal from Dorchester County
 Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No. 2007-UP-037
Submitted January 2, 2007  Filed January 19, 2007  

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender, Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, of Columbia, and Solicitor, David M. Pascoe, Jr., of Summerville, for Respondent.  
 
 
 

PER CURIAM:  Timothy Dwayne Inman appeals his conviction of four counts of kidnapping and subsequent life sentence.  Inman argues the trial court erred in refusing to direct a verdict on the kidnapping charges. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Inmans appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF and BEATTY, JJ. concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.